WILLIAM WETMORE CRYDER, as Substituted Plaintiff, Respond-
ent, *v.* ERWIN DAVIS, Appellant.

(Argued October 21, 1889; decided October 29, 1889.)

MOTION to dismiss appeal from judgment of the General
Term of the Supreme Court in the first judicial department,

entered upon an order made April 11, 1888, which reversed a judgment in favor of defendant, entered upon a decision of the court on trial without a jury.

*Joseph H. Choate* for motion.

*William Man* opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.